# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION**

MDL No. 1842

5: 07-CV-125

*FILED*

*NOV 1 4 2007*

U.S. DISTRICT COURT
WHEELING, WV 26003

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-7)

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 90 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV - 9 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION**

MDL No. 1842

## SCHEDULE CTO-7 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 3 07-1732 | Donald Ray Horton v. Davol, Inc., et al. |
| **FLORIDA MIDDLE** | |
| FLM 8 07-1747 | Sandra Barrientos v. Davol, Inc., et al. |
| **INDIANA SOUTHERN** | |
| INS 1 07-1198 | Kori Mueller v. Davol, Inc., et al. |
| **MICHIGAN EASTERN** | |
| MIE 2 07-14093 | Sandra Waycaster v. C.R. Bard, Inc., et al. |
| **NEW JERSEY** | |
| NJ 2 07-4678 | Joseph Girton, Jr. v. Davol, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 2 07-4068 | Frank Barone v. Davol, Inc., et al. |
| **OHIO NORTHERN** | |
| OHN 1 07-3027 | Vicki L. Corley v. Davol, Inc., et al. |
| **OKLAHOMA NORTHERN** | |
| ~~OKN 4 07-545~~ | ~~Tamara Harrington v. Davol, Inc., et al.~~ Vacated 11/9/07 |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 07-3997 | Steven Bost, et al. v. Davol, Inc., et al. |
| **TENNESSEE MIDDLE** | |
| TNM 3 07-984 | Sharon Lorance v. C.R. Bard, Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 1 07-640 | Wrennette Stewart, et al. v. C.R. Bard, Inc., et al. |

**MDL No. 1842 - Schedule CTO-7 Tag-Along Actions (Continued)**

| <u>DIST.</u> <u>DIV.</u> <u>C.A. #</u> | <u>CASE CAPTION</u> |
|---|---|
| TEXAS SOUTHERN | |
| TXS 2 07-379 | Catalina Garcia v. Davol, Inc., et al. |
| TXS 4 07-3120 | Alice Marie Barnes v. Davol, Inc., et al. |
| TXS 4 07-3123 | Aaron G. Brown v. Davol, Inc., et al. |
| TXS 4 07-3125 | James Anthony Gardner v. Davol, Inc., et al. |
| TXS 4 07-3126 | Sandra L. Landry v. Davol, Inc., et al. |
| TXS 4 07-3130 | Carole Lee Moreau v. Davol, Inc., et al. |
| TXS 4 07-3131 | Sharon A. Shafer v. Davol, Inc., et al. |
| TXS 4 07-3133 | Ana Maria Vera v. Davol, Inc., et al. |
| TXS 4 07-3249 | Debra G. Alford v. Davol, Inc., et al. |
| TXS 4 07-3250 | Stephen G. Merritt v. Davol, Inc., et al. |
| TEXAS WESTERN | |
| TXW 1 07-824 | Sonya Mitchell v. Davol, Inc. |
| WEST VIRGINIA NORTHERN | |
| WVN 5 07-125 | Brenda Gayvont v. Davol, Inc., et al. |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION**

MDL No. 1842

## INVOLVED COUNSEL LIST (CTO-7)

David Willis Alexander
Williams Kherkher Hart Boundas, LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017

Daniel W. Andrews
Byrd, Davis & Furman, L.L.P.
707 West 34th Street
Austin, TX 78705

Larry W. Blalock
Jackson, Kelly PLLC
P.O. Box 871
Wheeling, WV 26003

Andrew L. Colocotronis
Baker, Donelson, Bearman, Caldwell & Berkowitz
900 South Gay Street
2200 Riverview Tower
Knoxville, TN 37902

Jeffrey S. Daniel
P.O. Box 13123
Birmingham, AL 35213

Kathleen Ann DeLaney
DeLaney & DeLaney, LLC
3640 North Washington Boulevard
Indianapolis, IN 46205

Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street, N.W.
9th Floor
Washington, DC 20005

Aubrey T. Givens
501 Union Street
Suite 307
Nashville, TN 37219

Michael G. Glass
Rappaport, Glass, Greene, & Levine, LLP
1355 Motor Parkway
Hauppauge, NY 11749

Joe G. Hollingsworth
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, DC 20005

Jamie Ranah Kendall
Price, Waicukauski & Riley, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Christopher T. Kirchmer
Provost & Umphrey Law Firm, L.L.P.
490 Park Street
P.O. Box 4905
Beaumont, TX 77704-4905

A. Laurie Koller
Carr & Carr
P.O. Box 35647
Tulsa, OK 74153-0647

L. Leonard Lundy
Lundy Law
1635 Market Street
19th Floor
Philadelphia, PA 19103

D. Mitchell McFarland
Harrison, Bettis, Staff, McFarland & Weems
500 Dallas Street
Suite 2600
Houston, TX 77002

**MDL No. 1842 - Involved Counsel List (CTO-7) (Continued)**

Crawford S. McGivaren, Jr.
Cabaniss Johnston Gardner Dumas & O'Neal
P.O. Box 830612
Birmingham, AL 35283-0612

Donald A. Migliori
Motley Rice, LLC
321 South Main Street, 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Jack H. Modesett, III
Law Offices of Jack Modesett, III
500 North Water Street
Suite 1200
Corpus Christi, TX 78471

Jeffrey S. Moeller
Hermann, Cahn & Schneider
1301 East Ninth Street
Suite 500
Cleveland, OH 44114

Craig Philip Niedenthal
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35205

David M. Peterson
Peterson & Associates, PC
801 West 47th Street
The Park Plaza Building
Suite 107
Kansas City, MO 64112

Christopher M. Placitella
Cohen, Placitella & Roth, PC
115 Maple Avenue
Red Bank, NJ 07701

Christopher J. Predko
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503-2487

Scott W. Rooney
Morgan & Meyers
3200 Greenfield Road
Suite 260
Dearborn, MI 48120-1802

Colin P. Sammon
Novak, Robenalt & Pavlik, LLP
Skylight Office Tower
1660 West Second Street
Ste. 270
Cleveland, OH 44113-1498

Teresa C. Toriseva
Wexler Toriseva Wallace, LLP
1446 National Road
P.O. Box 124
Wheeling, WV 26003

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

## INVOLVED JUDGES LIST (CTO-7)

Hon. U. W. Clemon
U.S. District Judge
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

~~Hon. Claire V. Eagan~~
~~Chief Judge, U.S. District Court~~
~~411 Page Belcher Federal Building & U.S. Courthouse~~
~~333 West Fourth Street~~
~~Tulsa, OK 74103~~

Hon. Elizabeth A. Kovachevich
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
17th Floor
Tampa, FL 33602

Hon. Juan R. Sanchez
U.S. District Judge
United States District Court
20613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Sarah Evans Barker
U.S. District Judge
210 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. William J. Haynes, Jr.
U.S. District Judge
A845 Estes Kefauver U.S. Courthouse Annex
110 Ninth Avenue South
Nashville, TN 37203

Hon. Julian Abele Cook, Jr
Senior U.S. District Judge
718 Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, MI 48226

Hon. Thad Heartfield
Chief Judge, U.S. District Court
212 Jack Brooks Federal Building & U.S. Courthouse
300 Willow Street
Beaumont, TX 77001

Hon. Joseph A. Greenaway, Jr
U.S. District Judge
411 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102

Hon. Hayden W. Head, Jr
Chief Judge, U.S. District Court
1133 North Shoreline Boulevard
Suite 308
Corpus Christi, TX 78401

Hon. Thomas C. Platt, Jr.
Senior U.S. District Judge
Long Island Federal Courthouse
1044 Federal Plaza
Central Islip, NY 11722

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Donald C. Nugent
U.S. District Judge
15A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44114-1842

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002-2600

**MDL No. 1842 - Involved Judges List (CTO-7) (Continued)**

Hon. Melinda Harmon
U.S. District Judge
9114 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. Frederick P. Stamp, Jr.
Senior U.S. District Judge
P.O. Box 791
Federal Building
1125 Chapline Street
Wheeling, WV 26003-0100

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION**

MDL No. 1842

## INVOLVED CLERKS LIST (CTO-7)

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building & U.S.
Courthouse
46 East Ohio Street
Indianapolis, IN 46204

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building & U.S.
Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Robert C. Heinemann, Clerk
U.S. District Court
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

~~Philip B. Lombardi, Clerk~~
~~411 Page Belcher Federal Building & U.S.~~
~~Courthouse~~
~~333 W. 4th Street~~
~~Tulsa, OK 74103-3819~~

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

David J. Maland, Clerk
Jack Brooks Federal Building & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Boulevard
Corpus Christi, TX 78401

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

Wally A. Edgell, Clerk
P.O. Box 471
Wheeling, WV 26003-0060